# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2680

_____

Juan Carlos Rodriguez

*Plaintiff - Appellant*

v.

Joseph Page, "Joe," Assistant Warden, Grimes Unit, ADC; Melvin Nance, Doctor, Grimes Unit, Arkansas Department of Correction; Aundrea Weekly, Warden, Grimes Unit, Arkansas Department of Correction (originally named as Andrea Weekly); Brenda Bridgeman, RN, Medical Supervisor, C.C.S. (originally named as Brenda Bridgmen)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: January 24, 2019
Filed: January 30, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Juan Carlos Rodriguez appeals from the order of the District Court[1] granting summary judgment to defendants in his action under 42 U.S.C. § 1983 and the Americans with Disabilities Act. Viewing the record in the light most favorable to Rodriguez and drawing all reasonable inferences in his favor, we conclude that summary judgment was warranted. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review). We affirm.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.